UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| GARY DALE YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:11-00105 |
| ) | Judge Sharp |
| PATRICIA VEGA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Summary Judgment filed by Plaintiff Gary Dale Young (Docket No. 20) is hereby DENIED. The Motion for Summary Judgment filed by Defendant Patricia Vega (Docket No. 21) is hereby GRANTED, and this case is hereby DISMISSED.

In accordance with Rule 58 of the Federal Rules of Civil Procedure, the Clerk shall enter judgment in favor of Defendant.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE